FILE COPY

DATE: 5/1/2015

RE: Case No. 15-0180

COA #: 12-14-00238-CV    TC#: 20870

STYLE: IN THE INTEREST OF S.R., A CHILD.

Petitioner's motion for rehearing was this day filed in the above styled and numbered case.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX  75702

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAY 0 4 2015

TYLER, TEXAS
CATHY S. LUSK, CLERK